IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 DEC -2  P 12: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| IMAGE THERM ENGINEERING, INC. ) | |
| Plaintiff ) | 05 CA 12424 REK |
| ) | Civil Action No. |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| INNOVASYSTEMS, INC. ) | |
| Defendant ) | |

RECEIPT #_____
AMOUNT $ 250.00
SUMMONS ISSUED ✓
LOCAL RULE 4.1_____
WAIVER FORM____—
MCF ISSUED____—
BY DPTY. CLK.____M.P.
DATE____12/6/05

LTS
MAGISTRATE JUDGE_____

### COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, Image Therm Engineering, Inc., ("Image Therm"), for its Complaint against Defendant, InnovaSystems, Inc. ("InnovaSystems") states that:

### I. JURISDICTION

1. This is an action for patent infringement, arising under the Patent Laws of the United States 35 U.S.C. §1 et seq, of United States Patent 6,785,400 by InnovaSystems.

2. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a). Venue is proper in this Court pursuant to 28 U.S.C. §§1391(b) and 1400.

## II. THE PARTIES

3. Plaintiff Image Therm is a corporation organized and existing under the laws of the Commonwealth of Massachusetts with its principal offices at 142 North Road, Suite R, Sudbury, Massachusetts 01776.

4. Upon information and belief, defendant InnovaSystems is a corporation organized and existing under the laws of the State of New Jersey with a principal place of business at 840 N. Lenola Road, Unit #8, Moorestown, New Jersey 08057.

## III. THE '400 PATENT

5. On August 31, 2004, United States Patent 6,785,400 ("the '400 Patent") entitled SPRAY DATA ACQUISITION SYSTEM was duly and legally issued. Plaintiff Image Therm owns the entire right, title and interest to the '400 Patent and such ownership rights are confirmed by assignments recorded in the United States Patent and Trademark Office. A copy of the '400 Patent is attached hereto as Exhibit 1.

6. The '400 Patent discloses and claims novel systems and devices for spray pattern and plume geometry analysis on metered dose inhaler and nasal spray products.

7. Upon information and belief, defendant InnovaSystems makes, uses, sells or offers for sale optical spray analyzer systems and devices, that infringe the '400 Patent.

## IV. FIRST CLAIM FOR RELIEF

8. Image Therm repeats and realleges paragraphs 1-7 of this Complaint, as though fully set forth herein.

9. Upon information and belief, defendant InnovaSystems has infringed and is now infringing one or more claims of the '400 Patent by making, using, selling, and/or offering to sell optical spray analyzer systems and devices, which infringe the '400 Patent.

10. Upon information and belief, defendant InnovaSystems has infringed and is now infringing one or more claims of the '400 Patent directly, contributorily, and/or by actively inducing acts of infringement by others.

11. Image Therm has given defendant InnovaSystems notice of InnovaSystems' infringement.

12. Upon information and belief, InnovaSystems will continue its infringing activities unless enjoined by the Court.

13. By reason of the above acts, Image Therm has suffered and will continue to suffer irreparable injury, for which there is no adequate remedy at law.

WHEREFORE, plaintiff Image Therm prays for judgment against defendant InnovaSystems as follows:

A. for judgment to be entered that InnovaSystems has infringed the '400 Patent;

B. for injunctive relief, both preliminary and permanent, enjoining InnovaSystems, its officers, directors, agents, servants, employees, and all their entities and individuals acting in concert with them or on their behalf from further infringement of the '400 Patent;

C.    for an award of compensatory damages resulting from InnovaSystems' infringement of the '400 Patent, pursuant to 35 U.S.C. § 284;

D.    for an award of costs, pre-judgment and post-judgement interest on any damages awarded, pursuant to 35 U.S.C. § 284 and other applicable law; and

E.    for such other and further relief as the Court deems reasonable.

### DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38, plaintiff Image Therm hereby demands a trial by jury in this action on all claims and issues triable before a jury.

IMAGE THERM ENGINEERING, INC.
By its attorney,

DATED: December 2, 2005

*/s/ John L. DuPré*

John L. DuPré  (BBO No. 549659)
F. James Coe (BBO No. 644705)
HAMILTON, BROOK, SMITH & REYNOLDS, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA 01742-9133
(978) 341-0036

@PFDesktop\::ODMA/MHODMA/HBSR05;iManage;589254;1