UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROVERIS SCIENTIFIC CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INNOVASYSTEMS, INC., )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-12424-WGY |

## PROVERIS SCIENTIFIC CORPORATION'S
## MOTION FOR SUMMARY JUDGMENT OF CONTEMPT
## AGAINST INNOVASYSTEMS, INC.

Proveris Scientific Corporation respectfully moves the Court to find as a matter of law that InnovaSystems, Inc. ("Innova"), its president John Waters, and various Innova employees, are in contempt of the permanent injunction this Court entered to prohibit Innova from making, using, offering for sale, selling, importing into and exporting out of the United States its Optical Spray Analyzer device ("OSA"). After finding Innova's OSA to infringe claims 3 through 10 and 13 of Proveris's U.S. Patent No. 6,785,400 (the "400 patent") and to prevent the irreparable harm Proveris would suffer if Innova's infringement were allowed to continue, the Court entered a permanent injunction narrowly tailored to the OSA.

The undisputed facts demonstrate that none of the changes Innova claims it made are material to any limitation in the '400 patent and that Innova's "work-around" was limited to insignificant changes in the hardware, tweaking the OSA's operating software, and changing the name of the device. Having made essentially cosmetic changes in the product, Innova continued to sell it in direct contravention of the Court's order.

As is demonstrated by Innova documents and the testimony of Waters, Innova's "re-engineered" Aerosol Spray Drug Analyzer device ("ADSA") is the same device as the enjoined OSA in all material respects. The minor differences between the enjoined OSA and the ADSA are entirely irrelevant because they have no affect whatsoever on any element of claim 3 – the only independent claim at issue. Consequently, because nothing more than merely colorable differences exist between the OSA and the ADSA, and because those differences do not affect any element of claim 3, Innova's making, using, offering for sale, exporting, servicing, and sales of the ADSA to generate revenues of approximately $1,000,000 amount to contempt for which a significant sanction is warranted.[1]

In support of this motion, Proveris files together herewith the following documents:

a. Memorandum in Support of Proveris Scientific Corporation's Motion for Summary Judgment of Contempt Against InnovaSystems, Inc.;

b. Proveris Scientific Corporation's Statement of Undisputed Facts in Support of its Motion for Summary Judgment of Contempt Against InnovaSystems, Inc.; and

c. Affidavit of Susan H. Farina in Support of Proveris Scientific Corporation's Motion for Summary Judgment Contempt Against InnovaSystems, Inc.

---

[1] At the Court's direction, Proveris has limited its motion for summary judgment against Innova, as well as the accompanying statement of undisputed facts and memorandum, to the narrow issue of whether Innova's ADSA is materially different from the enjoined OSA. Proveris respectfully reserves the right to submit arguments related to remedies if and when the Court deems it appropriate.

3

 

**Respectfully submitted,**
PROVERIS SCIENTIFIC CORPORATION
Plaintiff
By its attorneys,


/s/Victor H. Polk, Jr.
Victor Polk, BBO #546099
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA  02110
(617) 310-6000
(617) 310-6001 Fax

Susan H. Farina, BBO #568068
PROVERIS SCIENTIFIC CORPORATION
290 Donald Lynch Boulevard, Suite 100
Marlborough, MA  01752
(508) 460-8822
(508) 460-8942 Fax

Dated:  June 2, 2010