UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                 )
PROVERIS SCIENTIFIC CORP.        )
                                 )
                 Plaintiff,      )
                                 )
          v.                     )   CIVIL ACTION
                                 )   NO. 05-12424-WGY
INNOVASYSTEMS, INC.              )
                                 )
                 Defendant.      )
_____)
```

ORDER

YOUNG, D.J.                                          September 21, 2010

In consideration of Proveris Scientific, Corporation's motion for summary judgment for contempt dated June 6, 2010, this Court holds Innovasystems, Inc. in contempt of court for violating this Court's permanent injunction order dated, May 11, 2007.

SO ORDERED.

/s/ William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE