UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROVERIS SCIENTIFIC CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> INNOVASYSTEMS, INC., <br><br> Defendant. | Civil Action No. 05-12424-WGY |

### AFFIDAVIT OF ZACHARY W. PITLUK IN SUPPORT OF PROVERIS SCIENTIFIC CORPORATION'S MOTION TO COMPEL

I, Zachary W. Pitluk, do hereby declare under the penalties of perjury as follows:

1. I am the Vice President of Commercialization for plaintiff Proveris Scientific Corporation ("Proveris"). I have a Ph.D. in molecular biophysics and biochemistry from Yale University and have worked in the pharmaceutical industry for more than eleven years. I make this affidavit in support of Proveris Scientific Corporation's Motion to Compel against defendant InnovaSystems, Inc. ("Innova"). The statements made herein are true to the best of my knowledge, and I make them based on my personal knowledge and on the books and records normally kept in the course of Proveris's business.

2. On September 27, 2010, I spoke by telephone with Vinayak Kolpekwar of Glenmark Pharmaceuticals. During that conversation, I learned that Glenmark issued a purchase order to Innova in early September 2010 for ADSA equipment.

3. On October 19, 2010, Jeffrey Brodsky, a professor at the University of Pittsburgh, forwarded to me a copy of an email he received from Henrik Krarup of Innova on September 29, 2010, in which Krarup offers to validate Brodsky's application on Innova's spray pattern and plume geometry instrumentation. A true copy of the email I received is attached hereto as Exhibit A.

Signed under the penalties of perjury this 20th day of October 2010.

_____
Zachary Pitluk

# Exhibit A



**Fwd: Re: Fwd: InnovaSystems contact information**                Tuesday, October 19, 2010 3:27 PM
**From:** "Jeffrey Brodsky" <jbrodsky@pitt.edu>
**To:** "Pitluk, Zack" <zachary_pitluk@yahoo.com>

The following is in reference to a discussion on spray pattern and plume geometry.

JB

> Date: Wed, 29 Sep 2010 17:05:10 -0400
> From: Henrik Krarup <hkrarup@innovasystems.com>
> Subject: InnovaSystems contact information
> To: jbrodsky@pitt.edu
> Reply-to: hkrarup@innovasystems.com
> Organization: InnovaSystems
> X-pstn-neptune: 0/0/0.00/0
> X-pstn-levels: (S:25.57457/99.90000 CV:99.9000 FC:95.5390 LC:95.5390 R:95.9108
>  P:95.9108 M:97.0282 C:98.6951 )
> X-pstn-settings: 4 (1.5000:1.5000) s cv gt3 gt2 gt1 r p m c
> X-pstn-addresses: from <hkrarup@innovasystems.com> [1987/92]
>
> Dear Dr Brodsky,
>
> Below you will find my contact information in case the end user
> would like to validate the application on our instrumentation.
>
> Cheers,
> Henrik
>
> --
> Henrik G. Krarup
> Vice President of Business Development
> InnovaSystems Inc.
> 1245 N. Church Street, Unit 6
> Moorestown, NJ 08057
>
> North Carolina Office:
> (828)-863-2506 Office Phone
> (864)-431-1169 Cell Phone
> HKrarup@InnovaSystems.com
> www.InnovaSystemsInc.com

--

--

Jeffrey L. Brodsky, Ph.D.

Avinoff Professor of Biological Sciences
Department of Biological Sciences
University of Pittsburgh
A320 Langley Hall
Pittsburgh PA 15260

Phone: 412-624-4831
FAX: 412-624-4759
http://www.pitt.edu/~biohome/Dept/Frame/Faculty/brodsky.htm