**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| PROVERIS SCIENTIFIC CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | No. 05-12424-WGY |
| ) | |
| INNOVASYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

**INNOVASYSTEMS INC.'S MOTION FOR SUMMARY JUDGMENT ON DAMAGES FOR CONTEMPT ON THE BASIS OF *RES JUDICATA***

InnovaSystems, Inc. ("Innova") respectfully moves the Court pursuant to Fed. R. Civ. P. 56 and D. Mass. LR 56.1 to enter judgment as a matter of law in its favor that Proveris Scientific Corporation's ("Proveris") compensatory damages for Innova's contempt are limited to the damages determined by the jury at the infringement trial and prohibiting Proveris from introducing at the sanctions trial scheduled to begin September 4, 2012, evidence related to any compensatory damages it asserts as a result of the prepetition sales of the ADSA or the Innova actuators. Proveris offered or had the right to offer all such evidence at trial on the infringement injunction, and is bound by such finding of "no damages" by the jury in the infringement trial.

In support of this motion, Innova files together herewith its Memorandum in Support of Motion for Summary Judgment on Damages and the Declaration of Samuel Israel, Esquire In Support of InnovaSystems, Inc.'s Motion for Summary Judgment on Damages.

LV1 1699383v2 08/31/12

WHEREFORE, Innova respectfully requests the Court to enter a summary judgment that Proveris' damages are limited to the damages awarded by the jury at trial on the infringement, and such further relief as the Court deems proper and just.

**REQUEST FOR ORAL ARGUMENT**

The Defendant, InnovaSystems, Inc. requests oral argument pursuant to D. Mass. LR 7.1 (D).

Respectfully submitted,

INNOVASYSTEMS, INC.

By its attorneys,

/s/ Jonathan M. Horne
Michael J. Fencer (BBO No. 648288)
Jonathan M. Horne (BBO No. 673098)
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts 02111
telephone: (617) 951-0500
facsimile: (617) 951-2414
email: jhorne@jagersmith.com

*Local Counsel to Innovasystems*

and

Joseph F. Posillico (admitted *pro hac vice)*
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
telephone: (215) 299-2886
email: jposillico@foxrothschild.com

*Trial Counsel to Innovasystem*

Dated: August 31, 2012

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Innova, by and through counsel, hereby certifies that it has conferred with opposing counsel in good faith to resolve or narrow the issues raised in this motion.

/s/ Joseph F. Posillico

## **CERTIFICATE OF SERVICE**

I, Jonathan M. Horne, hereby certify that on the 31st day of August, 2012, I caused true copies of *Innovasystem Inc's Motion For Summary Judgment on Damages For Contempt on the Basis of Res Judicata* to be served via ECF, on those parties who have registered to receive notices in the above-captioned case pursuant to this Court's ECF Case Management System.

/s/ Jonathan M. Horne