UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROVERIS SCIENTIFIC CORPORATION,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>INNOVASYSTEMS, INC.,  )<br>)<br>Defendant.  )<br>) | Civil Action<br>No. 05-12424-WGY |

**DECLARATION OF SAMUEL ISRAEL IN SUPPORT OF INNOVASYSTEMS INC.'S MOTION FOR SUMMARY JUDGMENT ON COMPENSATORY DAMAGES**

I, Samuel Israel, do hereby declare under the penalties of perjury as follows:

1. I am a member in good standing of the Bar of the Commonwealth of Pennsylvania and the State of New Jersey, and am admitted to practice before the United States Court of Appeals for Third Circuit and I have been admitted, *pro hac vice* before this Court in this case.

2. I make this declaration in support of InnovaSystems Inc.'s ("Innnova") Motion for Summary Judgment on Damages against Proveris Scientific Corporation ("Proveris"). The statements made herein are true to the best of my knowledge, and I make them based on my personal knowledge.

3. Attached hereto as Exhibit A is a true and correct copy of the Jury Award in the Infringement Trial.

4. Attached hereto as Exhibit B is a true and correct copy of the Motion of Proveris Scientific Corporation for Award of Reasonable Royalty, Interest and Costs [Docket No. 129] ("Motion for Reasonable Royalty") filed in this case.

5. Attached hereto as Exhibit C is a true and correct copy of the docket noting the minute entry on May 1, 2007 denying Proveris' Motion for Reasonable Royalty.

6. Attached hereto as Exhibit D is a true and correct copy of the Motion of Proveris Scientific Corporation for Reconsideration of Motion for Award of Reasonable Royalty, Interest and Costs [Docket No. 144] (the "Motion for Reconsideration").

7. Attached as Exhibit E is a true and correct copy of the docket noting the minute entry on May 7, 2007 denying Proveris' Motion for Reconsideration.

8. Attached hereto as Exhibit F is a true and correct copy of an email dated August 12, 2011 from Susan Farina, Esquire to Jeffrey Francis, Esquire.

Signed under the penalties of perjury this 30th day of August, 2012.

/s/ Samuel Israel
Samuel Israel