UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROVERIS SCIENTIFIC CORPORATION | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-12424-WGY |
| INNOVASYSTEMS, INC., | : |
| Defendant. | : |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that InnovaSystems, Inc. ("Innova"), defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order holding Innova in contempt for violating the Court's Permanent Injunction Order entered in this action on September 22, 2010 (ECF No. 208), and from all rulings and findings adverse to Innova following the filing of a Motion for a Finding of Contempt by Proveris Scientific Corporation ("Proveris") on March 3, 2010 (ECF No. 162) through to the Order of the court on December 6, 2012, including but not limited to: claim construction rulings and all other rulings adverse to defendant as issued during the Motion Hearing on June 16, 2010 (transcript, ECF No. 205); findings and rulings that Innova willfully violated the permanent injunction and that Proveris is entitled to a disgorgement of Innova's profits and that such profits have been proven in the amount of

1

$878,205.00, issued during Bench Trial Day 2 on September 5, 2012 (electronic clerk's notes entered October 2, 2012 (ECF No. 266), transcript entered November 5, 2012 (ECF No. 271)); Order denying Innova's Motion for Reconsideration of Bench Order Awarding Sanctions, entered December 6, 2012 (ECF No. 299); and Order awarding Proveris legal fees in the amount of $212,972.91 and costs of $22,103.37, entered December 6, 2012 (ECF No. 300).

Dated: January 4, 2013

Respectfully submitted,

INNOVASYSTEMS, INC.

By its attorneys,

/s/ Jonathan M. Horne
Michael J. Fencer (BBO No. 648288)
Jonathan M. Horne (BBO No. 673098)
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts 02111
telephone: (617) 951-0500
facsimile: (617) 951-2414
email:  jhorne@jagersmith.com

*Local Counsel to InnovaSystems, Inc.*

and

Joseph F. Posillico (admitted *pro hac vice*)
Samuel H. Israel (admitted *pro hac vice*)
Frank T. Carroll (admitted *pro hac vice*)
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
telephone: (215) 299-2886
email: jposillico@foxrothschild.com

*Trial Counsel to InnovaSystems, Inc.*

## CERTIFICATE OF SERVICE

I, Jonathan M. Horne, hereby certify that on the 4th day of January 2013, I caused true copies of the *Notice of Appeal* to be served via ECF, on those parties who have registered to receive notices in the above-captioned case pursuant to this Court's ECF Case Management System, and upon the Plaintiff/Appellee at the following address:

Victor H. Polk, Jr., Esq.
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA 02110
 *Counsel to Plaintiff/Appellee Proveris Scientific Corporation*

          /s/ *Jonathan M. Horne*
          Jonathan M. Horne (BBO No. 673098)
          JAGER SMITH P.C.
          One Financial Center
          Boston, Massachusetts 02111
          telephone: (617) 951-0500
          facsimile: (617) 951-2414
          email: jhorne@jagersmith.com