UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROVERIS SCIENTIFIC CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INNOVASYSTEMS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 05-12424-WGY |

**PROVERIS SCIENTIFIC CORPORATION'S**
**NOTICE OF CROSS-APPEAL**

Notice is hereby given that Proveris Scientific Corporation ("Proveris"), plaintiff in the above-captioned action, hereby appeals to the United States Court of Appeals for the Federal Circuit from the:

(1) Findings and Rulings against Proveris's interests that the Court issued from the bench during Bench Trial Day 2, issued on September 5, 2012 (electronic clerk's notes entered on October 2, 2012 (ECF Doc. No. 266), transcript entered November 5, 2012 (ECF Doc. No. 271)), including:

    (a) the finding that defendant InnovaSystems, Inc. ("Innova") completed the sale to Westech Instrument Services Ltd by splitting the manufacturing of its infringing product between the United States and Denmark and, therefore, excluding from the sanction against Innova $121,795 in gross profits from this sale, and

    (b) the ruling that a jury must decide what aspects and what portions of the permanent injunction Innova's sales to Sun Pharmaceuticals, Cipla Ltd., and Alkem

Laboratories Limited violated and, therefore, excluding from the sanction entered against Innova $635,653.40 in gross profits from these sales;

(2) Order denying Proveris's Motion for Reconsideration of 35 U.S.C. § 271(f) Sales, entered on December 6, 2012 (ECF Doc. No. 296);

(3) Order denying Proveris's Motion to Correct Sanction Amount, entered on December 6, 2012 (ECF Doc. No. 297); and

(4) Order denying in part Proveris's Motion to Modify Permanent Injunction, entered on December 6, 2012 (ECF No. 298).

**Respectfully submitted,**
PROVERIS SCIENTIFIC CORPORATION
Plaintiff / Cross-Appellee
By its attorneys,

_/s/ Victor H. Polk, Jr._
Victor H. Polk, Jr., BBO #546099
GREENBERG TRAURIG, LLP
polkv@gtlaw.com
One International Place, 20th Floor
Boston, MA  02110
(617) 310-6000
(617) 310-6001 Fax

Susan H. Farina, BBO #568068
PROVERIS SCIENTIFIC CORPORATION
sfarina@proveris.com
290 Donald Lynch Boulevard, Suite 100
Marlborough, MA  01752
(508) 460-8822
(508) 460-8942 Fax

Dated:  January 14, 2013

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants as of January 14, 2013.

/s/ Victor H. Polk, Jr.